**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTIAN ROBERTS,

    Plaintiff,

v.                                           Case No. 6:22-cv-1501-WWB-DAB

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

## ORDER

The Court has been advised by Defendant's Notice of Pending Settlement that the above-styled action has been completely settled. (Doc. 19 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on December 23, 2022.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record